JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LILLIAN MCCLOSKEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE GATHERING SPOT LA, LLC., a Georgia Limited Liability Company; and DOES 1 through 60, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-09907-CAS (JCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE CASE** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

IT IS SO ORDERED.

DATED: November 21, 2025

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE